(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 0:02cv823JRT/SRN Case Title: Perlich v. ICON Health

### Affidavit of Movant

I, Timothy P. Tobin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Thomas J. Arenz, an attorney admitted to practice in the Eastern District of Wisconsin, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant ICON Health & Fitness, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 127887 MN Attorney License # | 5/8/02 Date

### Affidavit of Proposed Admittee

I, Thomas J. Arenz, am currently a member in good standing of the U.S. District Court for Eastern District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Thomas J. Arenz Type/Print Name | [signature] Signature | 4-30-02 Date

Attorney License Number: Wisconsin No. 1012328
Law Firm Name & Address: Whyte Hirschboeck Dudek S.C.
111 E. Wisconsin Ave., Suite 2100
Milwaukee, WI 53202
Telephone: (414) 273-2100

Motion Granted: [signature] MAY 09 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

MAY 09 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK