UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rebekah R. Perlich,

Plaintiff,

vs.

Jump King, Inc. a wholly owned subsidiary of Icon Health & Fitness, Inc.,

Defendant.

Case Type: Personal Injury
Court File No.: 02-823 (JEL/JGL)

**STIPULATION FOR DISMISSAL**

---

It is hereby stipulated and agreed among the attorneys for the respective parties that the above-entitled matter may be and the same hereby is dismissed and without costs to any party, and the Clerk of the aforementioned Court is hereby authorized and directed to dismiss without costs as to any party.

Dated: 2/14/03

DUDLEY AND SMITH, P.A.

KGRtHL

Katherine A. Brown Holmen, 237401
Attorney for Plaintiff
2602 U.S. Bank Center
101 E. 5th Street
St. Paul, MN 55101
(651) 291-1717

FILED FEB 26 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 26 2003
DEPUTY CLERK

Dated: 2/18/03

By ______________________
Mr. Timothy P. Tobin, 127887
Gislason & Hunter LLP
9900 Bren Road East, Suite ~~215E~~
P.O. Box 5297
Minnetonka, Minnesota, 5543-2297

Dated: 2-21-03

By ______________________
Mr. Thomas J. Arenz, 1011785
WHYTE, HIRSCHBOECK DUDEK
111 East Wisconsin Avenue
Suite 2100
Milwaukee, WI 53202-4894

Attorneys for Defendants Jump King

## ORDER FOR JUDGMENT

Pursuant to the foregoing Stipulation, the above-entitled action as it relates to Plaintiff's claims against Defendant is hereby dismissed and on the merits without cost to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Feb. 26, 2003

BY THE COURT:

Judge of Federal Court